# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0929
_____

TYRIE BRACKINS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Bay County.
Dustin Stephenson, Judge.

December 9, 2025

PER CURIAM.

   DISMISSED.

BILBREY, NORDBY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Tyrie Brackins, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.